STATE of Missouri, Respondent,

v.

Clifton S. SPARKLING, Appellant.

No. WD 76189.

Missouri Court of Appeals,
Western District.

May 27, 2014.

Margaret Johnston, Columbia, MO, for appellant.

Andrew Hooper, Jefferson City, MO, for respondent.

Before Division Three: ANTHONY R. GABBERT, P.J., VICTOR C. HOWARD, and THOMAS H. NEWTON, JJ.

**ORDER**

PER CURIAM:

Mr. Clifton S. Sparkling appeals convictions of kidnapping, § 565.110, forcible rape, § 566.030, forcible sodomy, § 566.60, and armed criminal action, § 571.015.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).